IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ERIC ADAMS,<br><br>    Plaintiff,<br><br>v.<br><br>WESTLAKE PORTFOLIO MANAGEMENT, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:25-cv-02303-ELR-RDC |

## ORDER

Defendant has not filed a Certificate of Interested Persons ("CIP"), as required by Local Rule 3.3. *See* LR 3.3, NDGa. The CIP enables the judges of this Court to evaluate possible disqualification or recusal. Counsel for Defendant is **ORDERED** to file the required CIP on or before **June 18, 2025**.

IT IS SO **ORDERED** on this 11th day of June 2025.

_____
REGINA D. CANNON
United States Magistrate Judge